FILED ___ LODGED ___ RECEIVED
SEP 20 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Hon. Ronald B. Leighton
Note for Hearing: July 29, 2011

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

CRYSTAL DUDLEY,
    Plaintiff,

v.

POWELL LAW OFFICE, P.C.
    Defendant.

Case No. 3:11-cv-5409-RBL

~~PROPOSED~~

ORDER ~~GRANTING~~ DENYING MOTION TO STRIKE OPPOSITION TO MOTION TO DISMISS

This matter came on for hearing on the defendant's motion to strike plaintiff's opposition to defendant's motion for dismissal. The court has reviewed the pleadings of the parties filed in connection with this motion.

The court finds that plaintiff's opposition brief was filed two days late, causing prejudice to defendant's ability to respond. Accordingly, the court ORDERS as follows [check appropriate box(es)]:

☐ Plaintiff's opposition brief is STRICKEN;

☐ Plaintiff is ORDERED to appear before the court on _____ and show cause why its opposition brief should not be stricken;

☒ Defendant shall have __3__ additional court days in which to file its reply brief.

PROPOSED ORDER GRANTING MOTION TO
STRIKE OPPOSITION TO MOTION TO DISMISS
[Case No. 3:11-cv-5409]—Page 1 of 2

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104
(206) 382-2600
FAX (206) 223-3929

Done in open court this 20th day of September, 2011.

_____
Judge Ronald B. Leighton

Presented By:

SIMBURG, KETTER, SHEPPARD & PURDY, LLP

By: /s/ Andrew D. Shafer
Andrew D. Shafer, WSBA No. 9405
ATTORNEY FOR DEFENDANT

**PROPOSED** ORDER GRANTING MOTION TO STRIKE OPPOSITION TO MOTION TO DISMISS
[Case No. 3:11-cv-5409]—Page 2 of 2

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 Third Avenue, Suite 2525
Seattle, Washington 98104
(206) 382-2600
FAX (206) 223-3929