AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CRYSTAL DUDLEY,
     v.

CASE NUMBER:  C11-5409 RBL

POWELL LAW OFFICE, P.C.


[ ( ]    **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The complaint is hereby **DISMISSED** without prejudice.

|  |  |
|---|---|
| *Dated:*  November 14, 2011 | William McCool<br>*Clerk* |
|  | s/Jean Boring<br>*(By) Deputy Clerk* |